UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| MATTHEW TRAVIS HOUSTON,<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>JAMES DZURENDA,<br>　　　　　　　　　　Defendants. | Case No. 3:25-cv-00027-ART-CSD<br><br>ORDER DISMISSING AND CLOSING CASE |

On January 13, 2025, state prisoner Matthew Houston, who has been assigned Nevada Department of Corrections Offender ID #1210652, submitted a civil-rights complaint under 42 U.S.C. § 1983 and filed an application to proceed *in forma pauperis*. (ECF Nos. 1-1, 1). On October 24, 2023, United States District Judge Jennifer A. Dorsey declared that Houston was a vexatious litigant under the All Writs Act, 28 U.S.C. § 1651(a), and enjoined him from:

> Commencing a new action with a case-initiating document (whether complaint, petition, or otherwise) that contains, attaches, or incorporates filings from Houston's other cases in this district or in the Nevada state courts without first obtaining prefiling permission from the Chief Judge of this district.

*Houston v. Encore Event Technologies,* Case No. 2:22-cv-01740-JAD-EJY, ECF No. 30 (D. Nev. Oct. 24, 2023) (cleaned up) (attached as Addendum A). Houston's filings in this action do not comply with Judge Dorsey's pre-filing injunction order because they contain documents that Houston filed in several of his other lawsuits in this district and there is no evidence he applied for and received leave to file them from United States Chief District Judge Andrew Gordon. (ECF No. 1 at 1, 2; ECF No. 1-1 at 3–4).

It is therefore ordered that this action is dismissed without prejudice in its entirety based on Matthew Travis Houston's failure to comply with the pre-filing requirements that apply to him.

1    It is further ordered that the application to proceed *in forma pauperis* (ECF No. 1) is denied.

Houston is reminded that because he has amassed over three strikes under the Prison Litigation Reform Act,[1] he may not bring a civil action or proceeding under the *in forma pauperis* statute unless he demonstrates that he is "under imminent danger of serious physical injury" at the time of filing. 28 U.S.C. § 1915(g).

The Clerk of the Court is directed to enter judgment accordingly and to close this case. No other documents may be filed in this closed case. If Matthew Houston wishes to seek permission to file a new case in this Court, he must comply with the pre-filing requirements that are set forth in the attached order.

Dated this 4th day of February, 2025.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

---

[1] *See Houston v. Ford*, Case No. 2:23-cv-01423-APG-EJY, ECF No. 7 (D. Nev. Nov. 11, 2023) (identifying five strikes that Houston had amassed before and after he filed the lawsuit).

2